# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

---

DR. IFEOMA EZEKWO, MD

             Plaintiff

VS.

1. OPMC( OFFICE OF PROFESSIONAL MISCONDUCT) NEW YORK
2. NEW YORK STATE DEPT OF HEALTH
3. PAULA BREEN
4. NYS COMMISIONER OF HEALTH
5. BILL FIDELL
6. NEW YORK INSPECTOR GENERAL
7. ROY NEMERSON, ESQ
8. ST. BARNABAS HOSPITAL, BRONX NEW YORK
9. DIRECTOR OF MEDICAL STAFF OF ST. BARNABAS HOSPITAL, BRONX NEW YORK
10. DARA GOVAN
11. DEA USA and DEA NEW YORK STATE US DEPT OF JUSTICE
12. JONATHAN RIVERA
13. RAYMOND P. DONOVAN
14. JUANA M. HILL
15. ENGLEWOOD HOSPITAL, ENGLEWOOD, NJ
16. CHRISTOPHER QUIRK
17. THORNTON WHITE
18. MICHAEL CHRISTIANSEN
19. CITY OF ENGLEWOOD AND ENGLEWOOD POLICE DEPARTMENT
20. JOHN or (JANE) DOES 1-10
      Defendants.

---

**Civil Action No.**
**VERIFIED COMPLAINT**
**COMPLAINT FOR VIOLATIONS OF:**
1. Title 42 U.S. Code § 1983
2. Title 28 U.S. Code § 1331
3. Amendments to the U.S. Constitution and redress able pursuant to Bivens v. Six Unknown Narcotics Agents 403 U.S. 388 (1971)."
4. **TITLE IX OF THE CIVIL RIGHTS,**
5. 1st 4TH, 5th 6th 7th 8th 9th and 14th
6. **AMENDMENTS AND CIVIL RIGHTS VIOLATIONS**
7. **ABUSE OF PROCESS**
8. **ABUSE OF POWER UNDER THE COLOR OF LAW**
9. **BLATANT DISCRIMINATION AND**
10. **DENIAL OF RIGHT TO TRIAL OR HEARING**
11. **DENIAL OF DUE PROCESS**
12. **VIOLATION OF AMERICANS DISABILITY RIGHTS**
13. **HATE CRIMES AND BIAS AND CORRUPTION**
14. **FALSE PROSECUTION**
15. **HATE CRIMES AND BIAS HARRASMENT**
16. **REFUSAL OF ASSISTANCE OF COUNSEL**
17. **INVASION OF PRIVACY**
 (**JURY TRIAL DEMANDED**)

---

STATE OF NEW YORK   )
COUNTY OF BRONX     ) ss

I, DR. IFEOMA EZEKWO, MD. declare that I am of full age and in full knowledge of the facts herein.

1. **JURISDICTIONAL BASIS**

    Plaintiff claim federal jurisdiction pursuant to Article III § 2 which extends the jurisdiction to cases arising under the U.S. Constitution.

1

2. Plaintiff brings this suit pursuant to Title 42 U.S. Code § 1983 for violations of certain protections guaranteed to them by the First, Fourth, Fifth, Sixth, Seventh, Eighth, Ninth and Fourteenth Amendments of the federal Constitution, by the defendants acting under color of law in their various capacities as Federal agents, officers of the law and municipalities in various capacities and in collusion together and severally to others thus affiliated in mischief and common understanding and their secret and sinister intent to cause harm to plaintiff in their capacities and thus deprive Plaintiff of her civil rights that are guaranteed her under the constitution of the United States.

3. Plaintiff brings this action against Defendants who are acting as Federal Agents, judicial officers, other municipal officers and other associated individuals in concert pursuant to Title 28 U.S. Code § 1331, in claims arising from violations of federal constitutional rights guaranteed in the amendments to the U.S. Constitution and redress able pursuant to Bivens v. Six Unknown Narcotics Agents 403 U.S. 388 (1971)."

4. These violations by Defendants was intentional, reckless and in total and callous disregard for the plaintiff's rights in the matters thereby putting Plaintiff's life and profession and career and property in mortal danger and totally stripping her of her civil rights in the process.

**PARTIES:**

5. Plaintiffs Dr. Ifeoma Ezekwo, MD is a natural person, a physician licensed in the state of New York for the practice of Ophthalmology and Internal Medicine with offices at Grand Concourse, Bronx, New York.

6. Defendants together and severally person perform their duties as Federal agents, officers of the New York judiciary and municipalities and department of health law enforcements who are united by their effort to cause severe bodily and professional harm to plaintiff and then continue to follow and harass her for over several years nonstop while at the same time conniving to deny her any and all redress under the law including brazenly denying her the ability for due process, denying her a due process hearing, denying her the right to be represented by her counsel demanding hearing to enable her case, denying her the right to litigate on recovery to sue and the right to complain in the most brazen and methodical violation of civil rights ever seen in USA.

## STATEMENT OF CASE

7. Under the federal civil rights law Title 42 U.S. Code § 1983 which reads as follows:
Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress.
This law is irrelevant of the fact that the offending parties defendants as in this case happens to be a Judges, law enforcement officers, city workers and attorneys aiding and abetting them when they broke the law.

8. Plaintiff hereby alleges and show that the defendants together and severally acted unconstitutionally and outside of their jurisdiction. Defendants engaged in an egregious discrimination against Plaintiff in OPMC hearing, as a minority in confrontation with government authorities of State of New York and treated her suspiciously, refused to postpone her hearing when she was seriously ill and thus could not attend and decided without giving her due process, then denied her trial on her case when she recovered, co-opted all others against her, refused her attorney's continuous demands to schedule a hearing so Plaintiff can testify on her own behalf and clear her name and against them and in the ultimate insult to injury dismissed every attempt plaintiff or her counsel made to effect a hearing a futile effort by their ultimate use of total silence like Plaintiff does not exist and yet kept the false information about the incident in public record refusing to remove it and refusing Plaintiff due process in the most outrageous form of civil right violation.

9. Despite the Plaintiff's attorney attempts to bring sanity to this most insane situation, NYS OPMC refused to bulge knowing full well that it is against civil rights to keep a disputed information in anybody's public files without due process. This has been part of a harrasment campaign against Plaintiff and her family since she started her career.

10. Thus having denied Plaintiff this right to due process and having refused to remove the false information from Plaintiff's public files, they went further by dissipating the same false information to others without cause and due process putting Plaintiff in professional and personal life in mortal danger with known and unknown adversaries who now have this false fodder to feed off and thus blocking Plaintiff from all professional opportunities with this lurking in her record under the color of law for the several years thereby aiding and abating those that fabricated those lies against Plaintiff and emboldening them to continue the "reign" of evil against Plaintiff who was quietly following her profession and these situations thus gave rise to denial of equal protection under the Fourteenth Amendment of the United States constitution.

11. In addition Defendants having refused to remove the false information from the records and having refused to give Plaintiff due process but instead gave this false information to DEA when they inquired during Plaintiff's renewal of her DEA number during the start of the COVID 19 pandemic in 2020. Despite the fact the Plaintiff's counsel had advised and given answer to the twisted situation which the Plaintiff gave to DEA during the controversy, in a move that surprised and baffled the Plaintiff, the DEA now wants to force Plaintiff to sign an MOA that this falsehood in Plaintiff's record is the truth as the only condition they can assign her a DEA number. So while the Plaintiff is saying the atrocities that OPMC propagated against her actually happened, Plaintiff now feels utterly and violently violated by DEA insisting that Plaintiff sign off false information against her as truth and thus this is now pending and Plaintiff is thus being violated and victimized all over again. It has now become more important than ever that OPMC and their co defendants must be compelled by law to either immediately remove the false information in Plaintiff's record and be sued under the Federal law to stand trial and provide evidence as well the Plaintiff be given the opportunity to provide her evidence and defend herself and thus force OPMC to remove the false information and compensate her for the same. These concerted efforts by OPMC and the other defendants to disfranchise and demonize and professionally harm Plaintiff and put Plaintiff's professional live in perpetual danger clearly shows these malevolent Defendants have injured Plaintiff enormously and violated her civil rights.

12. **The part background for all these harassments in this case is as follows: There is the most horrific and graphic details ever watched on the video of the most gruesome, inhumane, premeditated attempted murder and un provoked gross and brutal physical assault to Plaintiff and her son; Dr. Ezekwo's son, a physician was attacked pre-meditatively by three Englewood police officers namely Christopher Quirk, Thornton White, and Michael Christiansen that left him with brain concussion, head lacerations, broken nose, broken ribs, dislocated wrists and multiple other body injuries as well pepper spray directly into his eyes and left alone bleeding inside his hospital room 23 in Englewood hospital.**

13. **Plus the stroke suffered by the Plaintiff Dr. Ezekwo who they threw on the floor and falsely accused and under this brutality and assault Plaintiff suffered a stroke and was admitted and treated in the same Englewood hospital and falsely detained and released.**

14. **And then the false reports and perjury and 19 counts of other criminal actions by Officer Christopher Quirk and his accomplices and the subsequent massive cover up by the city of Englewood and the persistent harassment of Drs Ezekwos by all ranks and file of Englewood city officials and law enforcement.**

15. **The Englewood hospital staff then lied with the Englewood Law enforcement in medical records and refused to release the video that captured the incident despite various request by Plaintiff until threat to report the matter to state hospital oversight forced them to release the video which even though they redacted and edited heavily still showed the horrific attack these named officer unleashed attempting to murder in cold blood.**

16. **On top of all the above, Englewood police then published a false story about the plaintiff's son with full name and picture in the Bergen record newspaper and online and have refused to remove the false story and apologize to this day.**

17. And finally to congratulate officer Mr. Christopher Quirk on his crime spree, city of Englewood made him a detective, and armed him with all the tools of government and detective work so he can continue to harass, survey, monitor and intimidate his victims, the Plaintiff to this day through various criminalities such as , attempted murder, attempted rape; attempted pedophilia, tree and shrub poisoning, harassment and premeditated fake emergency orchestrated in order to murder Plaintiff in her home and then lie and cover up.

18. These Englewood law enforcement and city employees have continuously harassed and performed all these activities for past years nonstop and they are brazen and feel entitled to continue their various criminal activities.

19. It was during the acute phase of this incident that OPMC then ratcheted up their attack on Plaintiff and insisting that a hearing on the false report they got from St. Barnabas hospital must be held and refusing to postpone the hearing so Plaintiff who have just suffered a stroke during the above described episode and was being cared for by family and friends and could not at that time be in any position to testify.

20. Despite the plaintiff's attorney at that time letting OPMC know Plaintiff was ill, OPMC refused to adjourn the hearing and then conducted the hearing without the Plaintiff and ruled against the Plaintiff.

21. Hence forward, every attempt made by Plaintiff and her counsel to obtain a hearing or reversal of the adverse and false information OPMC ultimately put in Plaintiff's public record was stonewalled and denied.

22. In fact despite the fact that Plaintiff complained everywhere, to Commissioner of Health, NYS Inspector General, the NYS Counsel Roy Nemerson and even Governor Cuomo, Plaintiff was just treated with ignominy.

23. While the OPMC and NYS department of Health from the facts of the case as revealed by Plaintiff knew that Plaintiff was innocent, they still did not schedule a hearing or remove the false report

24. **In fact, Plaintiff now has every reason to believe that the partial reason for the OPMC adamancy in keeping the false record had to do with the case that Plaintiff has with the city of Englewood law enforcement in order to aid them by creating a record for her and to humiliate and track her which OPMC despite the Plaintiff's innocence.**

25. **During this same time, Dara Govan of DOJ decided to take on the case and after speaking with Plaintiff and her counsel on the matter, then as subsequent events will weirdly corroborate, there was more harassment of Plaintiff from OPMC for cases where Plaintiff cared for patient five years earlier and according to patient she did not know why OPMC was harassing Plaintiff because Plaintiff did not operate on her and did nothing wrong by her.**

26. **Not only that but through Dara Govan and OPMC the NJ medical board where Plaintiff had an inactive medical license as Plaintiff was practicing only in NYS before Plaintiff got ill started harassing Plaintiff even though Plaintiff had never practiced in New Jersey and made her license inactive when she got ill. In fact New Jersey medical board moves were so bizarre and Plaintiff's attorney could not why they are harassing Plaintiff and then refused for Plaintiff to activate her license so there is "cause to deal" and demanding hearings while OPMC has still not removed the false information they have on file which by common sense has to be resolved first.**

27. So defendants are now without giving Plaintiff notice of a hearing in the proceeding, want to take away Plaintiff's reputation and employability and keep insulting Plaintiff with the false information, insisting now via DEA that Plaintiff must now sign as true the false information while they are still refusing Plaintiff the hearing to prove Plaintiff's innocence. This is abuse of power, abuse of process and violation of Plaintiff's civil rights under the color of law and without due process, violating the First, Fourth, Fifth Sixth, Seventh and Eight Amendments as well as the Fourteenth Amendment violations against the Plaintiff.

28. Defendants by refusing Plaintiff representation of counsel by refusing Plaintiff's attorney's demand for a hearing on behalf of his client the Defendant OPMC is in total violation of the Sixth amendment of Plaintiff's civil right which grants the Plaintiff the right to be properly represented by counsel and the Defendants acknowledgement of that right. Defendants here denied Plaintiff the effective use of her counsel and violated the sixth amendment.

29. The amendments of the Bill of Rights violations that the defendants committed here and described by Plaintiff give rise to causes of action taken by Plaintiff here under Title 42 U.S.C. § 1983 and arguably against the Judges of OPMC and OPMC and DEA as in Bivens actions. Also sections of 1983 claim for abuse of process and malicious abuse of process.

30. Plaintiff have given a clear and concise description of what happened to her under the tyrannical reckless and corrupt and biased dealings of Defendants, Judges during the hearing without Plaintiff being present, and how they the Defendants together and severally have violated Plaintiff multiple civil rights and constitutional amendments on multiple occasions and Plaintiff is thus seeking redress.

## PRAYER FOR RELIEF:

31. Wherefore plaintiff prays this Court to issue equitable relief as follows and incorporates all prior related complaints and notices and evidence elaborately documented including the facts enumerated in this complaint and plead as follows:

32. Issue injunctive relief commanding Defendants to immediately put Plaintiff' cases on the trial calendar to adequately address the depth and breadth of the atrocities Plaintiff endured under OPMC and its Enforcement officers and Department of health workers acting narcissistically has totally put Plaintiff's professional life in danger and damaged her reputation and opportunities and it is OPMC and their allied Defendants and waging secret war against the Plaintiff in collusion and have methodically decided to frustrate Plaintiffs attempt at justice at every corner while still keeping the false information in her professional record.

33. So Defendant OPMC just wanted to close the case and cover up corruptly all the atrocities that happened to Plaintiff without bringing the perpetrators to justice and denying Plaintiff trial brazenly and dismissing the case without due process.

34. OPMC and the other Defendants should not be allowed to fix Plaintiff's case and corruptly deny her justice.

35. Defendants must be brought to justice and Plaintiff given the justice she deserves under the law.

36. How can St. Barnabas Hospital who brought this false claim and perjured themselves be left for years without any repercussion but instead OPMC has continued to harass the Plaintiff nonstop and have refused to remove the false information from the Plaintiff's record. St. Barnabas must be held accountable and pay claims as they violated the law and acted maliciously against Plaintiff.

37. So the OPMC Defendant is giving the green light to these perpetrators like St. Barnabas who lied and brought false accusations which has been proven to be false that it is okay to frame and lie against a licensed Physician in NYS and get away with it. Defendants cannot throw out any case the Plaintiff bring and block the Plaintiff and deny her civil rights. OPMC must be held accountable and punished by law.

38. By Defendants' collective actions and deliberate violation of Plaintiff's civil rights and putting Plaintiff's standing as a physician in jeopardy because of false record data, Defendants broke the law and were violating Plaintiff's civil rights.

39. For those New York State Department of Health and their enforcement and state workers involved be held accountable under the law for menacing, harassing and intimidating and making Plaintiffs life a living hell nonstop.

40. For the OPMC, their attorneys and all the Defendants that watched in glee and did nothing but instead put Plaintiff's life and reputation in more danger by brazenly siding corruptly with the law enforcement and St. Barnabas and scampering Plaintiffs' case and denying them trial and refusing to bring the perpetrators to justice be brought to justice themselves.

41. Issue declaratory relief as this Court deems appropriate just.

42. Issue other relief as this Court deems appropriate and just.

43. Award plaintiff her costs of litigation and Claim against the Defendants in the amount of at least one billion dollars and additional amount determined at trial. Plaintiff reserves the right to upwardly adjust this claim as more facts and issues are revealed during the litigation process and discoveries.

44. Punitive damages as Defendants acted maliciously and wantonly. As Defendants committed violations recklessly and callously in total disregard for the Plaintiff's rights.

45. Defendants were malicious in that they harbored ill will and spite towards Plaintiff as they consciously desired to violate federal civil rights of the Plaintiff which they are aware of.

46. Defendants consciously desired to injure Plaintiff in a manner that they know to be unlawful and brazenly violated Plaintiff's right as if there is nothing Plaintiffs can do about it because of their position under the law. Not so. Defendant cannot violate Plaintiffs rights under the law.

47. Defendants scheduling a hearing that requires Plaintiff to be present and defend herself when the Plaintiff was physically ill and incapacitated in such a way that made it impossible to attend and present her case and defend her violated the American's disability act. And also misappropriated Plaintiff's counsel in a way that is denying her the use of counsel by forcing Plaintiff's counsel to proceed without sick Plaintiff being present.

48. The harm to Plaintiffs was a foreseeable and fairly direct result of Defendants' collective conduct.

49. The Defendants acted with conscious disregard of a great risk of serious harm to Plaintiff which is deliberate indifference and Defendants refused to address the risk.

50. The Defendants were all involved in Plaintiff's cases that distinguished the Plaintiff from the public at large.

51. Defendants' actions made Plaintiff more vulnerable to physical, professional harm and financial loss and loss of her reputation as a physician

52. Plaintiff hereby requests Jury trial.

Respectfully submitted;

"/s/*IfeomaEzekwo*"

Dr. Ifeoma Ezekwo, MD
400 Tenafly Road, # 1002, Tenafly NJ 07670
(201) 674 9548   avitacares@yahoo.com.
**Encl: Addendum as in complaint**

## DEMAND FOR JURY TRIAL

Plaintiffs demand a jury trial on all causes of action and claims to which they have a right to a jury trial.

Dated January 27th  2021                         Respectfully submitted;

/s/*IfeomaEzekwo*"

Dr. Ifeoma Ezekwo, MD
400 Tenafly Road, # 1002
Tenafly NJ 07670
(201) 674 9548
avitacares@yahoo.com.

## Statement of Verification

I have read the above complaint and it is correct to the best of my knowledge.
Dated January 27th  2021.

Respectfully submitted;

"/s/*IfeomaEzekwo*"
Dr. Ifeoma Ezekwo, MD
400 Tenafly Road, # 1002
Tenafly NJ 07670
(201) 674 9548      avitacares@yahoo.com.